FILED
2008 JUN -4 PM 4:22
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FELIX HERNANDEZ-CHAVEZ (1),<br>HUGO MONTES-MARTINEZ (2),<br>MODESTA LUISA MAGANA (3),<br>JUAN JESUS LIMON (4),<br>Defendants. | Criminal Case No. **08CR1166-W**<br>I N D I C T M E N T<br>**(Superseding)**<br>Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |

The grand jury charges:

Count 1

On or about March 14, 2008, within the Southern District of California, defendants FELIX HERNANDEZ-CHAVEZ and HUGO MONTES-MARTINEZ did knowingly and intentionally possess, with intent to distribute, 50 kilograms or more, to wit: approximately 86.75 kilograms (approximately 191.25 pounds), of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

//

//

//

JJO:fer:San Diego
6/3/08

Count 2

On or about May 8, 2008, within the Southern District of California, defendants HUGO MONTES-MARTINEZ, MODESTA LUISA MAGANA, and JUAN JESUS LIMON did knowingly and intentionally possess, with intent to distribute, 50 kilograms or more, to wit: approximately 105.40 kilograms (approximately 231.89 pounds), of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: June 4, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:

JOSEPH J.M. ORABONA
Assistant U.S. Attorney