**TIMOTHY A. SCOTT**
California Bar No. 215074
LAW OFFICES OF TIMOTHY A. SCOTT
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
Facsimile: (619) 652-9964
Email: timscottlaw@cox.net

Attorneys for Modesta Luisa Magana

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Modesta Luisa Magana<br><br>Defendant. | ) | Case No. 08cr1166-W<br><br>Date: 6/24/08<br>Time: 9:00 a.m.<br><br>**MOTION TO SHORTEN TIME** |

Ms. Magana, by and through counsel, hereby moves this Court to grant the above-captioned motion to shorten time by one day for the reasons set forth in the attached declaration.

Dated: June 11, 2008

Respectfully submitted,

*/s Timothy A. Scott*

**TIMOTHY A. SCOTT**
Attorneys for Ms. Magana

**TIMOTHY A. SCOTT**
California Bar No. 215074
LAW OFFICES OF TIMOTHY A. SCOTT
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
Facsimile: (619) 652-9964
Email: timscottlaw@cox.net

Attorneys for Modesta Luisa Magana

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Modesta Luisa Magana<br><br><br>Defendant. | ) | Case No. 08cr1166-W<br><br>Date: 6/24/08<br>Time: 9:00 a.m.<br><br>**DECLARATION OF TIMOTHY A. SCOTT** |

1. I am the attorney of record in this case.
2. I am competent to testify in this matter.
3. I write this declaration in support of my request that time be shortened by one day for filing of pre-trial motions.
4. I am currently engaged in a heavily involved federal murder trial in Riverside federal court.
5. Accordingly, I respectfully request time be shortened by one day for the filing of pre-trial motions.
6. I submit that the foregoing is necessary to fairly represent my client in this case.

This statement is true and correct to the best of my knowledge this 11th day of May, 2008.

____________________________

*/s Timothy A. Scott*

**TIMOTHY A. SCOTT**

Attorneys for Ms. Magana

**TIMOTHY A. SCOTT**
California Bar No. 215074
LAW OFFICES OF TIMOTHY A. SCOTT
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
Facsimile: (619) 652-9964
Email: timscottlaw@cox.net

Attorneys for Modesta Luisa Magana

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Modesta Luisa Magana<br><br><br>Defendant. | ) | Case No. 08cr1166-W<br><br>Date:<br>Time:<br><br>**ORDER**<br><br>1) To shorten time by one day for filing of defendant's pre-trial motions. |

Upon application of Ms. Magana by and through counsel, and good cause being shown, it is hereby ordered as follows:

1. Time is shortened by one day for the filing of defendant's pre-trial motions.

________________ ______________________________________

Date HONORABLE THOMAS J. WHELAN

District Judge

# CERTIFICATE OF SERVICE

I hereby certify that I am over the age of eighteen and am not a party to this action. On today's date, I filed a true and correct copy of the attached document through this Court's Electronic Filing System (ECF), and the system indicated that the filing had been received successfully. By virtue of the ECF system, the AUSA assigned to this case and all interested parties were served electronically upon filing of this document.

I declare that the foregoing is true and correct this 11th day of June, 2008

*S/ Timothy A. Scott*

____________________
TIMOTHY A. SCOTT
Attorney at Law