FILED
JUN 13 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Case No. 08cr1166-W |
| v. | Date: Time: |
| Modesta Luisa Magana | **ORDER** |
| Defendant. | 1) To shorten time by one day for filing of defendant's pre-trial motions. |

Upon application of Ms. Magana by and through counsel, and good cause being shown, it is hereby ordered as follows:

1. Time is shortened by one day for the filing of defendant's pre-trial motions.

6/13/08
Date

HONORABLE THOMAS J. WHELAN
District Judge