KAREN P. HEWITT
United States Attorney
JOSEPH J.M. ORABONA
Assistant U.S. Attorney
California State Bar No.223317
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone No.: (619) 557-7736
Email: joseph.orabona@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FELIX HERNANDEZ-CHAVEZ (1),<br>HUGO MONTES-MARTINEZ (2),<br>MODESTA LUISA MAGANA (3),<br>JUAN JESUS LIMON (4),<br><br>Defendants. | Criminal Case No. 08CR1166-W<br><br>Date: June 24, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 7<br><br>The Honorable Thomas J. Whelan<br><br>**MOTION TO FILE RESPONSE IN OPPOSITION IN EXCESS OF TWENTY-FIVE PAGES** |

The above-named plaintiff, United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Joseph J.M. Orabona, Assistant U.S. Attorney, moves this Court for an order to allow the plaintiff to file its response in opposition (docket no. 28) to Defendants' motions (docket nos. 21, 23, and 25), in the above-captioned case, in excess of twenty-five pages, pursuant to Crim. L.R. 47.1(e).

DATED: June 18, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Joseph J.M. Orabona*
JOSEPH J.M. ORABONA
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FELIX HERNANDEZ-CHAVEZ (1),<br>HUGO MONTES-MARTINEZ (2),<br>MODESTA LUISA MAGANA (3),<br>JUAN JESUS LIMON (4),<br>Defendants. | Criminal Case No. 08CR1166-W<br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED that:

I, Joseph J.M. Orabona, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the United States' **Motion to File Excess Pages** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. L. Marcel Stewart
Law Office of L. Marcel Stewart
121 Broadway, Suite 349
San Diego, California 92101
Tel: (619)702-4123
Email: lmslaw@att.net
*Lead Attorney for Defendant Hernandez*

2. Elizabeth Barros
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, California 92101
Tel: (619) 234-8467
Email: elizabeth.barros@fd.org
*Lead Attorney for Defendant Montes*

3. Timothy Scott
Law Office of Timothy Scott
1350 Columbia Street
San Diego, California
Tel: (619) 794-0451
Email: timscottlaw@cox.net
*Lead Attorney for Defendant Magana*

4. Michael E. Burke
Law Office of Michael Burke
105 West F Street, 4th Floor
San Diego, California
Tel: (619) 234-2503
Email: burkelaw1@sbcglobal.net
*Lead Attorney for Defendant Limon*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 18, 2008.

/s/ *Joseph J.M. Orabona*
JOSEPH J.M. ORABONA
Assistant United States Attorney